UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

**UNITED STATES OF AMERICA**

**-v-**                                              2:10CR20255-01-MI

**KENNETH BRUCE LEWIS**

                                   Tyrone Jemal Paylor, FPD
                                   **Defense Attorney**
                                   200 Jefferson Avenue, Suite 200
                                   Memphis, TN 38103

_____

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Counts 1 and 2 of the Superseding Indictment on June 8, 2011.  Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2250(a) | Failure to Register as a Sex Offender | 05/05/2010 | 1 |
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm | 05/05/2010 | 2 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

                                   Date of Imposition of Sentence:
                                   November 22, 2011


                                   _____s/Jon Phipps McCalla_____
                                   UNITED STATES DISTRICT JUDGE

                                   November 22, 2011

Case No: 2:10CR20255-01-Ml
Defendant Name: Kenneth Bruce LEWIS                                                    Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 months as to each of Counts 1 and 2. Counts 1 and 2 are to be served concurrently with each other, but consecutive to case #99-365-K26 out of the Judicial District Court of Williamson County, Georgetown, TX**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

 at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

Case No: 2:10CR20255-01-Ml  
Defendant Name: Kenneth Bruce LEWIS                                              Page 3 of 7

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **10 years as to Count 1; and 3 years as to Count 2. Counts 1 and 2 are to be supervised concurrently with each other for a total term of supervision of 10 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall comply with the following standard conditions that have been adopted by this court.

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

5. The defendant shall notify the probation officer **ten(10) days prior** to any change in residence or employment;

6. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

7. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

8. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

9. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

Case No: 2:10CR20255-01-Ml
Defendant Name: Kenneth Bruce LEWIS                                                                 Page 4 of 7

10. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

11. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

12. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant's employment and change of address shall be approved by the Probation Officer.
2. The defendant shall participate in specialized sex offender treatment programs that may include the use of a plethysmograph and polygraph.
3. The defendant shall not possess any pornography.
4. The defendant shall not directly or indirectly have any contact with any child under age 18; shall not reside with any child under the age of 18; and shall not loiter near school yards, playgrounds, swimming pools, arcades or other places frequented by children.
5. The defendant's place of residence shall not be close in proximity to parks, playgrounds, public pools or other locations frequented by children.
6. The defendant shall not use sexually oriented telephone numbers or services.
7. The defendant shall abide by an evening curfew as set by the Probation Officer.
8. The defendant shall not possess or use a computer with access to any "on-line service" or other forms of wireless communication at any location (including employment) without the prior approval of the Probation Officer. This includes any Internet Service Provider, bulletin board system or any other public or private network or email system.
9. The defendant shall participate in DNA collection as directed by the Probation Officer.
10. The defendant shall submit to drug testing and drug treatment programs as directed by the Probation Officer.
11. The defendant shall submit to mental health testing and mental health treatment programs as directed by the Probation Officer.
12. The defendant shall complete and comply with sex offender registration requirements and shall follow the specific instructions of the Probation Officer in regard to those requirements.
13. The defendant shall provide third-party risk notification at the direction of the Probation Officer.

Case No: 2:10CR20255-01-Ml
Defendant Name: Kenneth Bruce LEWIS                                                                 Page 5 of 7

## CRIMINAL MONETARY PENALTIES

      The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.  All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $200.00 | $3,000.00 | |

The Special Assessment shall be due immediately.

### FINE

A Fine in the amount of $ 3,000.00 is imposed.

### RESTITUTION

No Restitution was ordered.

Case No: 2:10CR20255-01-Ml
Defendant Name: Kenneth Bruce LEWIS                                                    Page 6 of 7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

    E.    Special instructions regarding the payment of criminal monetary penalties:

    The defendant shall pay the fine in regular monthly installments of not less than 5% of gross monthly income within 10 days of the end of each month. The interest requirement is waived as long as the defendant is not late in payments for two months. If, for any month, the defendant fails to pay the required installment on the fine, then upon failure to pay the required installment on the fine as required in any subsequent month, interest shall be calculated and paid on the full amount of the fine imposed as if the interest requirement had been imposed on the date of the entry of this judgment.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

# CRIMINAL FORFEITURE

The defendant shall forfeit the defendant's interest in the following property to the United States:

    Fraudulent identification documents seized at the time of search / said documents to be forfeited and destroyed.

Case No: 2:10CR20255-01-MI
Defendant Name: Kenneth Bruce LEWIS                                             Page 7 of 7

Defendant's Date of Birth:   1958
Defendant's Soc. Sec. No.   xxx-xx-7202
Deft's U.S. Marshal No.:    24152-076

Defendant's Mailing Address:
Memphis, TN